UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

John Doe,

    **Plaintiff**,

v.

Albany Law School, et al.,

    **Defendants**.



Case No. 1:25-cv-01450 (NARDACCI, J.)

## MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Plaintiff respectfully moves this Court for leave to proceed under the pseudonym "John Doe" in the above-captioned matter, pursuant to Fed. R. Civ. P. 10(a) and in accordance with the standard set forth in Sealed Plaintiff v. Sealed Defendant, 537 F.3d 185 (2d Cir. 2008).

In support, Plaintiff states:

1. This case involves allegations of highly sensitive, personal, and stigmatizing subject matter, including educational discipline, mental health, and sexual misconduct.

2. Plaintiff is a former law student seeking reinstatement and future bar admission; public disclosure would cause irreparable reputational harm and professional prejudice.

3. Defendants have actual notice of Plaintiff's identity via service and will not be prejudiced by pseudonymous litigation at this stage.

4. Public interest in open proceedings is outweighed by Plaintiff's compelling privacy interests given the specific context.

5. Courts in this Circuit routinely allow pseudonym use in Title IX and educational cases. See Doe #1 v. Syracuse Univ., No. 18-cv-496, 2018 WL 7079489 (N.D.N.Y. Sept. 10, 2018), adopted 2020 WL 2028285.

WHEREFORE, Plaintiff respectfully requests that the Court permit him to proceed under the pseudonym "John Doe" and direct that all further filings reflect this designation.

Dated: 10/20/25

Respectfully submitted,

*[signature]*

John Doe

## CERTIFICATE OF SERVICE

This is to certify that at true and exact copy of the foregoing and referenced exhibits was this 20th day of 10 deposited in the United States mail, postage prepaid, addressed for delivery, or sent electronically, to:

Bob Sears

Head of Security at Albany Law School

and designated service representative for defendants

80 New Scotland Ave, Albany, NY 12208

John Doe *Pro Se*