UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

v.

ALBANY LAW SCHOOL, et al.,

                Defendants.

**NOTICE OF MOTION TO DISMISS**

Civil Action No. 1:25-cv-1450 (AMN/ML)

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Jenean Taranto dated January 12, 2026 with exhibits annexed thereto, and the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, dated January 13, 2026, the undersigned hereby moves this Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Defendants' motion to dismiss, and for such other and further relief as the Court may deem just and proper.

Dated: January 13, 2026

BOND, SCHOENECK & KING, PLLC

By: _____
    Stuart F. Klein, Esq.
    Michael S. Barnett, Esq.
22 Corporate Woods Boulevard, Suite 501
Albany, New York 12303
T:  518.533-3000
F:  518.533.3299
E: sklein@bsk.com
E: mbarnett@bsk.com

*Attorneys for Defendants*

22862375.v1-1/13/26