UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

                Plaintiff,

    v.                                  Civil Action No. 1:25-cv-1450 (AMN/ML)

ALBANY LAW SCHOOL, et al.,

                Defendants.

---

### **Declaration of Jenean Taranto**

Jenean Taranto declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am Associate Dean for Student Affairs and a Professor of Law at Albany Law School. I make this declaration based on my personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of an email dated October 31, 2024, and titled "Student Situation," that I sent to Jackie Moran, who at the time served as Albany Law School's Title IX Coordinator. The exhibit contains redactions for the name of the Plaintiff who, I understand, is asking the Court to litigate under the pseudonym "John Doe."

3. Attached as Exhibit 2 is a true and correct copy of an email dated November 12, 2024, and titled "No Contact Directive," that Ms. Moran sent to the Plaintiff. Ms. Moran's email contained an attachment that is also included within the exhibit. The exhibit contains redactions for the name of the Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 12, 2026

                                                                          *Jenean Taranto*
                                                                          Jenean Taranto