# Taranto 1/12/26 Declaration

# Exhibit 1

**From:**          Taranto, Jenean <jtara@albanylaw.edu>
**Sent:**          Thursday, October 31, 2024 5:36 PM
**To:**            Moran, Jackie
**Subject:**       Student Situation

**Follow Up Flag:**     Flag for follow up
**Flag Status:**        Flagged

Hi Jackie,

I have a seemingly urgent matter.  I spoke with one of our students, Sophia Wilder who is a 1L.  There is another 1L male student, ████████ who is stalking her. Since the first few days of school, he has been texting and following her.  He has engaged in some very concerning conduct which she can describe to you in greater detail.  Could you please reach out to her as soon as possible.  I am also concerned because she seems to think she can handle aspects of this, and I do not want her placing herself in a bad position. I told her not to engage him and to trust you.

Thank you, Jackie!
Jenean