# Taranto 1/12/26 Declaration

# Exhibit 2

| | |
|---|---|
| **From:** | Moran, Jackie <jmora@albanylaw.edu> |
| **Sent:** | Tuesday, November 12, 2024 4:17 PM |
| **To:** | |
| **Subject:** | No Contact Directive |
| **Attachments:** | NCO.pdf |
| **Importance:** | High |

,

My name is Jackie Moran, and I am the Title IX Coordinator at Albany Law School. **I am writing to notify you that I am issuing a No Contact Directive between you and Albany Law School student Sophia Wilder. I have attached a copy of the directive to this email.** I am issuing the directive based on information I received from Sophia alleging that you engaged in behavior that could potentially constitute sexual harassment and/or stalking.

The No Contact Directive is not an indication of responsibility for a violation of Albany Law School policy. However, please be reminded that Law School policies prohibit sexual harassment, which includes unwelcome conduct of a sexual nature (including repeated expressions of romantic interest) that create a hostile living or learning environment. The Law School's policies also prohibit stalking, which is defined as engaging in a course of conduct directed at a specific person, that would cause a reasonable person to fear for the person's safety, the safety of others, or suffer substantial emotional distress. Additionally, Law School policies prohibit retaliation, which is defined as any conduct that intimidates, threatens, coerces, discriminates against, harasses or in any other way seeks to discourage participation in or activity under school policy. We expect that you will comport with the Law School's policies moving forward and not engage in any behaviors that might constitute prohibited misconduct.

Please contact me if you have any questions or need any support or guidance in adhering to the parameters of the attached directive.

Regards,
Jackie Moran

--
Jackie W. Moran, JD (she/her)
Title IX Coordinator
Albany Law School

**ALBANY LAW SCHOOL**

80 NEW SCOTLAND AVENUE, ALBANY, NEW YORK 12208-3494
TEL: 518-445-2311   FAX: 518-445-2315   WWW.ALBANYLAW.EDU

November 12, 2024

███████@albanylaw.edu

Re:     **No Contact Directive**

Dear ██████,

This letter serves as an official notice that the Albany Law School Title IX Coordinator is issuing a mutual, non-punitive No Contact Directive to students Sophia Wilder and ██████████ ("the parties").

Effective the date of this letter, the parties are directed to have no further contact with each other. This means that neither party is to contact the other party in any way, either directly or through a third party, by electronic means such as phone, text message, email, or social media (including tagging or directed communication), or through mutual friends or connections.

Explicit Restrictions:
- No physical contact
- No verbal interactions
- No phone calls
- No written communication
- No communication via text, email, social media, or other electronic means

If the parties observe each other in a public place, either on-campus or off-campus, it is their mutual responsibility to refrain from engaging with the other party or directly contacting or communicating with the other party.

This directive does not prohibit the parties from attending classes in which they are both enrolled. **Additionally, for the "Law and Justice" course in which they are both enrolled, the parties may communicate with each other until November 14, 2024,** *only* **for the purpose of completing a group project**.

This directive is not an indication of responsibility for a violation of Albany Law School policy, but rather serves as a supportive measure for the benefit and protection of both parties. However, failure to comply with this directive could result in additional interventions, possible disciplinary action, and in some cases, may result in a report to law enforcement.

Any violation of this directive should be reported to me and will be investigated and adjudicated in accordance with applicable Albany Law School policy.

1



If you have questions about this directive, would like to request changes or modifications, or wish to report a violation of this directive, please contact me via email at jmora@albanylaw.edu. If you wish to challenge the issuance of this order, you may do so by submitting in writing to me any information you would like for me to consider in order to reassess the No Contact Directive.

Thank you for your cooperation in this matter.

Sincerely,

*Jackie W. Moran*

Jackie W. Moran
Title IX Coordinator
jmora@albanylaw.edu

2