## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

JOHN DOE *pro se*,

    **Plaintiff**,

v.

ALBANY LAW SCHOOL, et al.,

    **Defendants.**

Case No. 1:25-cv-01450



U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Feb 27 - 2026
John M. Domurad, Clerk

Hon. Anne M. Nardacci
United States District Judge
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

Re: Letter Motion to Seal Psychological Evaluation

Dear Judge Nardacci,

I respectfully submit this letter motion requesting that the Court seal Exhibits 3 & 4 filed on February 27th, 2026 that I have filed in connection with my Rule 72(a) objection and related submissions.

The therapist letter is from a licensed mental-health professional and contains highly sensitive personal and medical information, including detailed mental-health history, diagnostic impressions, and clinical findings regarding stress response and psychological vulnerability. Courts routinely recognize that such material falls within the narrow category of documents that warrant sealing due to the significant privacy interests at stake.

I am also requesting sealing of the NYSP police report in order to protect the complainant, Ms. Wilder, and myself.

For these reasons, I respectfully request that the Court direct the Clerk to seal the psychological evaluation and police report.

Thank you for the Court's time and consideration.

Respectfully submitted,
John Doe
Plaintiff, pro se

## **CERTIFICATE OF SERVICE**

This is to certify that at true and exact copy of the foregoing and referenced exhibits was this ___ day of ___ deposited in the United States mail, postage prepaid, addressed for delivery, or sent electronically, to:

Stuart Klein, Esq.

Counsel for Defendants

Bond, Schoeneck, and King

sklein@bsk.com

(518) 928-4488

_____

John Doe *Pro Se*